UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

       Plaintiff,

                                ORDER ADOPTING
   v.                        REPORT AND RECOMMENDATION

Ryan Devin Ravensborg,

       Defendant.               Crim. No. 13-194 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 26] is **DENIED**.

DATED: October 8, 2013          s/Michael J. Davis
At Minneapolis, Minnesota      Michael J. Davis, Chief Judge
                                 United States District Court